Case 3:08-cv-00183-TJM-DEP

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN THE MATTER OF THE APPLICATION

OF

KRISTY L. GRAZIOSO

TO BE ADMITTED TO THE UNITED STATES
DISTRICT COURT FOR THE NORTHERN
DISTRICT OF NEW YORK
-----------------------------------------------------------X

08-CV-183

### ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of New York, Kristy L. Grazioso is hereby accepted for *pro hac vice* admission to practice in the United States District Court for the Northern District of New York.

IT IS SO ORDERED.

Dated: July 17, 2009

_____
☒ United States Magistrate Judge
☐ United States District Judge

83188913A02070709